## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

JOSE LUIS MARQUEZ )
RODRIGUEZ, )
                             )
    Petitioner, )
                             )
v. ) **Case No. CIV-26-1235-R**
                             )
FRED FIGUEROA, ET AL., )
                             )
    Respondents. )

## ORDER TO CURE DEFICIENCY

The Court has received the habeas corpus petition filed by counsel Alexandra Meaders on behalf of Petitioner. Doc. 1. It appears counsel is not a resident of and does not maintain an office in Oklahoma. She is therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel. Counsel may also seek relief from the rule. *See* LCvR83.3(c).

Counsel shall cure these deficiencies by **June 12, 2026**.

**SO ORDERED** this 2nd day of June, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE