**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOSE LUIS MARQUEZ RODRIGUEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1235-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell who issued a Report and Recommendation [Doc. No. 14] recommending this Court grant in part Petitioner's Petition and order Respondents to provide Petitioner with a prompt bond hearing pursuant to 8 U.S.C. § 1226(a). No objection to the Report has been filed, nor has an extension of time in which to object been sought or granted.[1] Therefore, the Report and Recommendation of Judge Mitchell is ADOPTED in its entirety. Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is GRANTED IN PART and Respondents are ordered to provide Petitioner with a bond hearing pursuant to § 1226(a) within seven days of the

[1] After the time for objecting had passed, Petitioner filed an Emergency Motion for Immediate Release [Doc. No. 15], asserting that Respondents failed to comply with Judge Mitchell's Report by failing to provide Petitioner with a timely bond hearing. Given that this Court had not yet ordered any relief at the time Petitioner filed his Motion, the Emergency Motion for Immediate Release is DENIED without prejudice to resubmission, if appropriate.

date of this order or to otherwise release Petitioner if he has not received a lawful bond hearing within that period. Respondents shall certify their compliance with this Order.

IT IS SO ORDERED this 28th day of August, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE